USDC SCAN INDEX SHEET

















CSG    12/11/03    11:50

3:03-CV-01721   WEISS V. SUREBEAM CORPORATION

*90*

*MO.*



**Minutes of the United States District Court**
**Southern District of California**
**Friday, December 5, 2003**

2003CV01721-JM(POR)

For the Honorable:    **Jeffrey T. Miller    District Judge**

Deputy Clerk:    **Laura Barkins**    Court Reporter/ECR:    **Debra Henson**

---

**On Calendar:**

2003CV01721-JM(POR)                    Weiss  vs  Surebeam Corporation

Peter Arthur Binkow    310 201-9150
Travis E. Downs, III    619 231-1058
Lionel Z. Glancy    310 201-9150
Marc L. Godino    310 209-2468
Michael M. Goldberg    310 201-9150
Kirk B. Hulett    619 338-1133
Jeffrey R. Krinsk    619 238-1333
Betsy Carol Manifold    619 239-4599
Timothy R. Pestotnik    619 236-1414
Rachele R. Rickert    619 239-4599
Darren Jay Robbins    619 231-1058
Jennifer R. Williams    310 208-2800
David B. Zlotnick    619 232-0331
Zev B. Zysman    310 208-2800

**MOTION HEARING**

---

Minutes:

PETER BINKOW APPEARING, TRAVIS DOWNS APPEARING, JEFFREY KRINSK APPEARING,
TIMOTHY PESTOTNIK APPEARING, JENNIFER WILLIAMS APPEARING, MICHAEL TU APPEARING,
VON ALEXANDER APPEARING, JEFFREY NOBEL APPEARING, TIMOTHY BURKE APPEARING

MOTION HEARING HELD.
ALL OF THE FOLLOWING MOTIONS ARE TAKEN UNDER SUBMISSION:
MOTION (13-2)For appointment of lead counsel
MOTION (24-1)For appointment as lead plaintiff
MOTION (24-2)For approval of lead plaintiff's choice of co lead counsel
MOTION (30-1)For appointment as lead plaintiff
MOTION (30-2)For approval of lead plaintiff's choice of counsel
MOTION (30-3)For consolidation of related action
MOTION (35-1)For appointment of lead plaintiff
MOTION (35-2)For appointment of lead counsel pursuant to section 21D(A)(3)(B) of the Securities Exchange Act
of 1934

COURT TO PREPARE ORDER

Printed:    12/10/2003    4:19 pm

Page 1 of 1