















TKL   7/19/06   11:39
3:03-CV-01721   WEISS V. SUREBEAM CORPORATION
*211*
*O.*

ORIGINAL

**FILED**

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUREBEAM CORPORATION SECURITIES LITIGATION | Master File No. 03-CV-01721-JM(POR) |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |
| ALL ACTIONS. | |
| | DATE:      July 17, 2006 |
| | TIME:      9:00 a.m. |
| | COURTROOM:  The Honorable Jeffrey T. Miller |

211

1    THIS MATTER having come before the Court on July 17, 2006, on the application of Lead

2    Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation;

3    the Court, having considered all papers filed and proceedings conducted herein, having found the

4    settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed

5    in the premises and good cause appearing therefor;

6         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7         1.    All of the capitalized terms used herein shall have the same meanings as set forth in

8    the Stipulation of Settlement dated as of March 29, 2006 (the "Stipulation").

9         2.    This Court has jurisdiction over the subject matter of this application and all matters

10   relating thereto, including all Members of the Class who have not timely and validly requested

11   exclusion.

12        3.    The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement

13   Fund and reimbursement of expenses in an aggregate amount of $379,439.32 together with the

14   interest earned thereon for the same time period and at the same rate as that earned on the Settlement

15   Fund until paid.  Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith

16   judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the

17   Litigation.  The Court finds that the amount of fees awarded is fair and reasonable under the

18   "percentage-of-recovery" method.

19        4.    The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid

20   to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject

21   to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which

22   terms, conditions, and obligations are incorporated herein.

23        5.    Plaintiff Mickey Manaster is hereby awarded $3,766.80 as reimbursement for costs

24   and expenses related to his representation of the Class.  15 U.S.C. §78u-4(a)(4).

25        IT IS SO ORDERED.

26

27   DATED: _____7/17/06_____          _____

28                                    THE HONORABLE JEFFREY T. MILLER
                                      UNITED STATES DISTRICT JUDGE

                        - 1 -                    03-CV-01721-JM(POR)

1 | Submitted by,

2 | LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
3 | WILLIAM S. LERACH
   TRAVIS E. DOWNS III
4 | DOUGLAS R. BRITTON
   JEFFREY D. LIGHT
5 | BRIAN O. O'MARA

6 |

7 | _____
          JEFFREY D. LIGHT

8 |

9 | 655 West Broadway, Suite 1900
   San Diego, CA  92101
   Telephone:  619/231-1058
10 | 619/231-7423 (fax)

11 | SCHATZ & NOBEL, P.C.
   ANDREW M. SCHATZ
12 | JEFFREY S. NOBEL
   SETH KLEIN
13 | One Corporate Center
   20 Church Street, Suite 1700
14 | Hartford, CT  06103
   Telephone:  860/493-6292
15 | 860/493-6290 (fax)

16 | Co-Lead Counsel for Lead Plaintiffs

17 | S:\Settlement\SureBeam.set\ORD FEE 2 00032695.doc

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |