USDC SCAN INDEX SHEET

















TKL    7/19/06    11:41

3:03-CV-01721   WEISS V. SUREBEAM CORPORATION

*212*

*O.*

ORIGINAL

**FILED**

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUREBEAM CORPORATION SECURITIES LITIGATION | Master File No. 03-CV-01721-JM(POR) |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| ALL ACTIONS. | |
| | DATE: July 17, 2006<br>TIME: 9:00 a.m.<br>COURTROOM: The Honorable Jeffrey T. Miller |

1  THIS MATTER having come before the Court on Lead Plaintiffs' motion for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of March 29, 2006 (the "Stipulation").

2.  Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3.  The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Actions (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4.  The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: 7/17/06

THE HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

Submitted by,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
TRAVIS E. DOWNS III
DOUGLAS R. BRITTON
JEFFREY D. LIGHT
BRIAN O'MARA

_____
JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCHATZ & NOBEL, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
SETH KLEIN
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone: 860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Lead Plaintiffs

S:\Settlement\SureBeam.set\ORD ALLOCATION 00032694.doc

## DECLARATION OF SERVICE BY UPS DELIVERY

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on July 10, 2006, declarant served by UPS, next day delivery, the [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2006, at San Diego, California.

ADRIANA DEL CARMEN

SureBeam (S.D. Cal.) (LEAD)
Service List - 7/10/2006  (03-0294)
Page 1 of 1

**Counsel For Defendant(s)**

Marshall B. Grossman
Bruce A. Friedman
Jeremy E. Pendrey
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor
Santa Monica, CA  90404-4060
   310/907-1000
   310/907-2000(Fax)

* Timothy R. Pestotnik
Russell A. Gold
Luce, Forward, Hamilton & Scripps, LLP
600 West Broadway, Suite 2600
San Diego, CA  92101-3391
   619/236-1414
   619/232-8311(Fax)

Daniel J. Tyukody
Michael C. Tu
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA  90017
   213/629-2020
   213/612-2499(Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Travis E. Downs III
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290(Fax)

**Additional Counsel**

Norman B. Blumenthal
Blumenthal & Markham (AV)
2255 Calle Clara
La Jolla, CA  92037
   858/551-1223
   858/551-1232 (Fax)

* David Zlotnick
Law Office of David B. Zlotnick
1010 Second Avenue, Suite 1750
San Diego, CA  92101
   619/232-0331
   619/232-4019 (Fax)

* Denotes service via Hand Delivery